UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GRACE HOSPITALITY PROPERTIES, LLC : <br> A Domestic Limited Liability Company : <br> Defendant : <br> _____/ : | Case No. 6:15-cv-3274 |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Grace Hospitality Properties, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter with each party to bear their own respective costs incurred.

Specifically, this action against Defendant Grace Hospitality Properties, LLC is now being dismissed voluntarily by Plaintiff Guadalupe Adams with prejudice pursuant to Rule 41 (a) as follows:

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice; and,

2. Each party hereto shall bear their own respective costs and fees incurred herein, including but not limited to their own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims.

Dated: October 28, 2015

By: _/s/ Pete M. Monismith___        By: _/s/ Paul F. Sherman

| | |
|---|---|
| Pete M. Monismith, Esq. <br> Pete M. Monismith, P.C. | Paul F. Sherman <br> 1112 East Walnut |

| | |
|---|---|
| 3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | PO. Box 1072<br>Springfield, MO 65801-1072<br>Telephone: (417) 877-9138<br>Facsimile: (417) 877-0469<br>e-mail: pfs@mannwalterlaw.com<br>**Attorneys for Defendant** |