UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:15-cv-3274 |
| GRACE HOSPITALITY PROPERTIES, LLC<br>A Domestic Limited Liability Company<br>Defendant | : |

### ORDER

Before the Court is the Joint Stipulation of Full and Final Dismissal with Prejudice. (Doc. No. 27). The parties have agreed to the dismissal of prejudice of this action, with each party to bear their own attorneys' fees and costs.

Wherefore, after a review of the Stipulation and the record before the Court, the Court Orders that this case is hereby DISMISSED in its entirety, with prejudice, each party to bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Date:  October 28, 2015           __/s/ Douglas Harpool_____
                                  **DOUGLAS HARPOOL**
                                  **UNITED STATES DISTRICT JUDGE**